IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ESTELLE DIANE JOHNSON                                                      PLAINTIFF

V.                                                    CAUSE NO.: 1:10CV313-SA-DAS

LOWNDES COUNTY VFW POST #4272,
MALCOLM GERRY MOORE, DON FRANCISCO,
AND JOHN DOES 1-10                                            DEFENDANTS

ORDER

Pursuant to a Memorandum Opinion entered this day, Defendants' Motion for Summary Judgment [38] is hereby GRANTED IN PART and DENIED IN PART.

SO ORDERED, this the 26th day of March, 2012.

                                                         /s/ Sharion Aycock
                                                         **U.S. DISTRICT JUDGE**